IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGO PICASSO, ) | No. C 07-5208 JSW (PR) |
|     Petitioner, ) | |
| ) | **TRANSFER ORDER** |
|     vs. ) | |
| MATTHEW C. KRAMER, ) | (Docket No. 4) |
|     Respondent. ) | |

      Petitioner, a California prisoner incarcerated at Old Folsom State Prison in Folsom, California, has filed this pro se petition for a writ of habeas corpus and a temporary restraining order seeking to prevent his involuntary transfer to an institution in another state.

      A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). If the petition is directed to the manner in which a sentence is being

executed, however, the district of confinement is the preferable forum.  See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

In this case, Petitioner seeks to prevent his transfer from Old Folsom to an out-of-state prison, and as such it is directed to the execution of his sentence.  Accordingly, the proper venue is the district of petitioner's confinement, the Eastern District of California.  See 28 U.S.C. § 84(b).

Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Eastern District of California.  In light of the transfer, the Court will defer to the Eastern District for ruling on the application to proceed in forma pauperis (docket no. 4).

The Clerk shall transfer this matter forthwith and terminate docket number 4 and any other pending motions from this Court's docket.

IT IS SO ORDERED.

DATED: April 1, 2008

_____
JEFFREY S. WHITE
United States District Judge

2