**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

April 3, 2008

FILED
08 APR -8 PM 12: 26

General Court Number
CLERK, U.S. 415.522.2000 URT
NORTHERN DISTRICT OF CALIFORNIA

**United States District Court-Eastern California**
**501 I Street**
**Sacramento, CA 95814**

RECEIVED

APR - 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

RE: CV 07-05208 JSW  RIGO PICASSO-v-JOHN DOVEY

Dear Clerk,

CVS-08-726 WBS GGH HC

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record